AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central Dist. California on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| SACV07-888 CJC (RCx) | 8/2/2007 | Central Dist. California |

| PLAINTIFF | DEFENDANT |
|---|---|
| OAKLEY, INC., a Washington corporation | THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, INC., a California corporation, et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D514,613 | 2/7/2006 | Oakley, Inc. |
| 2 | 6,966,647 | 11/22/2005 | Oakley, Inc. |
| 3 | D523,461s | 6/20/2006 | Oakley, Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SHERRI R. CARTER | Verna Hogan | 12/17/07 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Gregory L. Weeks, Esq., CSB No. 58584
Janet Robertson Kaufman, Esq., CSB No. 116143
Gregory K. Nelson, Esq., CSB No. 203029
Chandler G. Weeks, Esq., CSB No. 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Facsimile: (858) 794-2141
Email: office@wknjlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, | Case No.: SACV 07-888-AHS-MLGx |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, INC., a California corporation, THE PEP BOYS – MANNY MOE & JACK, INC., a Pennsylvania corporation, and AMERICAN AUTO ACCESSORIES INCORPORATED, a New York corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 41(a), Plaintiff hereby voluntarily dismisses Defendants The Pep Boys Manny Moe & Jack of California, Inc., The Pep Boys – Manny Moe & Jack,

… … …

… … …

… … …

1

1 | Inc., and American Auto Accessories Incorporated in the above captioned action
2 | with prejudice.
3 | DATED: December 17, 2007    WEEKS, KAUFMAN, NELSON & JOHNSON

*[signature]*

CHANDLER G. WEEKS
Attorney for Plaintiff, Oakley, Inc.

2

# PROOF OF SERVICE

I, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is 462 Stevens Avenue, Suite 310, Solana Beach, CA 92075.

3. On December 17, 2007 I served the attached document entitled NOTICE OF VOLUNTARY DISMISSAL as follows:

XX  **(by mail)** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Solana Beach, California.

☐  **(by personal delivery)** I personally delivered a copy of the attached document to the address listed below.

☐  **(by Federal Express)** I am readily familiar with the practice of Weeks, Kaufman & Johnson for collection and processing of correspondence for overnight delivery and know that the document described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐  **(by facsimile)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

Stephen M. Gaffigan
312 S.E. 17th Street, Second Floor
Ft. Lauderdale, FL  33316          Fax (954) 767-4821

Andy Hsu
American Auto Accessories Incorporated
13771 Gramercy Place
Gardena, CA 90249

Executed December 17, 2007 at Solana Beach, California.

*/s/ Rita Bledsoe*

3

Certification of Interested Parties